**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 114 MM 2018
                                 :
Respondent                       :
                                 :
                                 :
                                 :
v.                               :
                                 :
                                 :
                                 :
HAROLD FRANKLIN FORD,            :
                                 :
Petitioner                       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.